# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-23855-BB

LOUIS R. DELUCA, ELIZABETH DELUCA, AND UBS, INC.,

      Petitioners,

vs.

STIFEL, NICOLAUS & CO., INC.,

      Respondent.

_____/

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Petitioners, LOUIS R. DELUCA, ELIZABETH DELUCA and UBS, INC., hereby give notice that the above-captioned action is voluntarily dismissed against the Respondent.

Dated: November 20, 2024

    EREZ LAW, PLLC
*Attorneys for Petitioners*
One Downtown
1 SE 3rd Avenue, Suite 1670
Miami, FL  33131
Telephone Number:  (305) 728-3320
Toll Free Number:  (888) 840-1571
Facsimile Number:  (786) 842-7549

By: _____
    Jeffrey Erez, Esq.
    Florida Bar No.: 0102369
    jerez@erezlaw.com
    Stefan Apotheker, Esq.
    Florida Bar No.: 0012502
    sapotheker@erezlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

EREZ LAW, PLLC
*Attorneys for Petitioners*
One Downtown
1 SE 3rd Avenue, Suite 1670
Miami, FL   33131
Telephone Number:   (305) 728-3320
Toll Free Number:   (888) 840-1571
Facsimile Number:   (786) 842-7549

By: _____/s/ Jeffrey Erez_____
Jeffrey Erez, Esq.
Florida Bar No.: 0102369
jerez@erezlaw.com

*Louis R. Deluca, et al. vs. Stifel, Nicolaus & Co., Inc.*
Case No. 1:24-cv-23855-BB
United States District Court – Southern District

Alexis Miller Buese, Esq.
Bradley Arant Boult Cummings LLP
Thousand & One
1001 Water Street, Suite 1000
Tampa, FL 33602
abuese@bradley.com
Tel: (813) 559-5500

*Counsel for Respondent,*
*Stifel, Nicolaus & Co., Inc.*

*Served via CM/ECF*

G. Wayne Hillis, Jr., Esq. *(pro hac vice)*
Scott E. Zweigel, Esq. *(pro hac vice)*
V. Justin Arpey, Esq. *(pro hac vice)*
Bradley Arant Boult Cummings LLP
Promenade Tower - 20th Floor
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 868-2001
Facsimile: (404) 868-2010
whillis@bradley.com
szweigel@bradley.com
jarpey@bradley.com

*Counsel for Respondent,*
*Stifel, Nicolaus & Co., Inc.*

*Served via CM/ECF*

3