UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-23855-BLOOM/Elfenbein

LOUIS R. DELUCA, ELIZABETH DELUCA, AND
UBS, INC.,

      Petitioners,

v.

STIFEL, NICOLAUS & CO., INC.,

      Respondent.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [17] ("Notice"), filed on November 20, 2024. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [17]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**[1];

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

---

[1] Petitioners did not clarify whether the dismissal was with or without prejudice. Accordingly, the dismissal is presumptively without prejudice. *See United States v. $70,670.00 in U.S. Currency*, 929 F.3d 1293, 1302 (11th Cir. 2019) ("Dismissal without prejudice is the general rule, not the other way around."); *IOU Central Inc. v. Fine Enterprises, Inc.*, Case No: 6:21-cv-1475, 2022 WL 3646104, at * 1 (M.D. Fla. July, 8, 2022) (noting that the default is that a voluntary dismissal under Rule 41(a)(2) is without prejudice.).

Case No. 24-cv-23855-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 20, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record